UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Roy Flis | § | Case No. 10-33656-H5-13 |
| | § | |
| Debtor(s) | § | Chapter 13 |
| | § | |

### NOTICE OF HEARING

Please take notice that a hearing will be held on **Tuesday, November 16, 2010, at 10:00 AM** in the United States Bankruptcy Court, 515 Rusk Avenue, Courtroom 403, Houston, TX 77002 to consider and act upon the following:

**Objection To Proof of Claim of George Fisette**

Respectfully submitted,

/s/ Reese W. Baker
Reese W. Baker /Tx Bar No. 01587700
5151 Katy Freeway, Suite #200
Houston, Texas 77007
(713)869-9200 / (713)869-9100 Fax
ATTORNEY FOR THE DEBTOR

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Debtor's Objection to Proof of Claim was delivered on October 13, 2010, to all parties listed below:

George Fisette						U.S. Mail
43 Mary Street
Charleston, South Carolina 29403-6215

George Fisette						U.S. Mail
c/o David A. Fettner
4635 S. W. Freeway #640
Houston, Texas 77027-7135


/s/ Reese W. Baker
Reese W. Baker


**Chapter 13 Trustee**-by electronic delivery by the clerk of the Bankruptcy Court

_x__    William Heitkamp

/s/ Reese W. Baker
Reese W. Baker


## **VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE**

The undersigned attorney, under penalty of perjury, hereby certifies that a copy of Debtor's Objection to Proof of Claim was delivered to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas, 77002, on October 13, 2010, by electronic delivery by the clerk of the Bankruptcy Court.

/s/ Reese W. Baker
Reese W. Baker